Frank L. Bernstein (SBN 189504)
SINGULARITY LLP
555 Twin Dolphin Drive, Suite 610
Redwood Shores, CA 94065
Tel. 650.720.4588
Fax: 650.720.4662
fbernstein@ipsingularity.com

Jonathan H. Margolies (*pro hac vice* motion to be filed)
jhmargolies@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
100 E. Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108
Tel. 414.271.6560
Fax. 414.277.0656

J. Donald Best (SBN 146984)
jdbest@michaelbest.com
Kenneth M. Albridge III (*pro hac vice* motion to be filed)
kmalbridge@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Madison, WI 53703
Tel. 608.257.3501
Fax. 608.283.2275

Attorneys for Plaintiff
AAVID THERMALLOY LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AAVID THERMALLOY LLC,<br><br>Plaintiff,<br><br>v.<br><br>COOLER MASTER CO., LTD. and CMI USA, INC.,<br><br>Defendants. | Case No. 3:17-cv-5363<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Aavid Thermalloy, LLC ("Aavid") pleads its complaint against Defendants Cooler Master Co., Ltd. and CMI USA, Inc. (collectively, "Defendants") as follows.

## NATURE OF THE ACTION

1. This complaint seeks judgment that Defendants have infringed and continue to infringe Aavid's U.S. Patent Nos. 7,066,240 ("the '240 patent"), 7,100,679 ("the '679 patent"), and 7,100,680 ("the '680 patent") (collectively, the "patents-in-suit"). The patents-in-suit relate to vapor chamber cooling devices. A true and accurate copy of the '240 patent is attached as Exhibit A, a true and accurate copy of the '679 patent is attached as Exhibit B, and a true and accurate copy of the '680 patent is attached as Exhibit C.

## PARTIES

2. Aavid is a Delaware limited liability company with a principal place of business at 1 Aavid Circle, Laconia, New Hampshire, 03246. Aavid is the sole owner of the patents-in-suit.

3. On information and belief, Defendant Cooler Master Co., Ltd. ("Cooler Master") is a Taiwanese corporation with a principal place of business at No. 788-1, Zhongzheng Road, Zhonghe Dist., New Taipei City 23586, Taiwan (R.O.C.).

4. On information and belief, Defendant CMI USA, Inc. ("CMI") is a California corporation with a principal place of business at 4820 Schaefer Avenue, Chino, California 91710. CMI has appointed Bryant Nguyen, located at 4820 Schaefer Avenue, Chino, California 91710 as its agent for service of process.

5. On information and belief, CMI has additional facilities located at 48389 Fremont Boulevard, Fremont, CA 94538.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) and under the patent laws of Title 35 of the United States Code.

7. This Court has personal jurisdiction over Defendants. On information and belief, Defendants conduct and have conducted business in the State of

California, and CMI has facilities and operations based in California and within this judicial district. On information and belief, Defendants—directly or through subsidiaries or intermediaries—use, sell, and offer for sale and induce the use, sale, and importation of vapor chamber products that infringe one or more of the patents-in-suit within the United States, the State of California, and this judicial district.

8. Upon information and belief, Defendants design and test infringing vapor chamber products for and on behalf of customers within the United States and the State of California and offer for sale and sell vapor chamber products to customers within the United States, the State of California, and this judicial district. On information and belief, such customers include Juniper Networks, Inc. ("Juniper"), whose principal place of business is in Sunnyvale, California, within this judicial district.

9. On information and belief, Defendants induce one or more third parties to use and import infringing vapor chamber products within the United States, the State of California, and this judicial district. On information and belief, such customers include Juniper, whose principal place of business is in Sunnyvale, California, within this judicial district.

10. On information and belief, Defendants derive substantial revenue from their sales of infringing products and inducement of third-party infringement within California and this judicial district. On information and belief, such infringing products continue to be sold, offered for sale, used, and imported in the United States, California, and this judicial district. Moreover, CMI is incorporated in California and maintains facilities in this judicial district. Defendants are therefore conducting business within California and this judicial district, and the asserted claims arise from Defendants' activities within, and conduct directed toward, the State of California.

11. Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400(b).

## FACTUAL BACKGROUND

12. Aavid is a global leader in designing and manufacturing innovative thermal management products. Aavid provides the industry's broadest line of standard and custom heat sink products, including an array of vapor chamber products, and Aavid's engineering and design services allow Aavid to work with customers to develop customized vapor chambers. Aavid focuses on developing and selling thermal management products, and vapor chamber products represent a substantial portion of Aavid's business. Aavid has spent millions of dollars investing in its vapor chamber design, production, sales, and marketing. The patents-in-suit represent a significant part of Aavid's investment in developing innovative vapor chamber technologies.

13. Cooler Master has been aware of the patents-in-suit since at least March 13, 2017, when Cooler Master received a letter from Aavid's counsel dated March 8, 2017, identifying the '240 patent, the '679 patent, and the '680 patent. A true and correct copy of the March 8, 2017, letter from Aavid's counsel to Cooler Master (excluding the three enclosed patents, which are attached as Exhibits A-C) is attached as Exhibit D. A true and correct copy of the Proof of Delivery confirming receipt of that letter by Cooler Master, dated March 13, 2017, is attached as Exhibit E.

14. CMI has been aware of the patents-in-suit since at least March 23, 2017, when CMI received a letter from Aavid's counsel dated March 22, 2017, identifying the '240 patent, the '679 patent, and the '680 patent. A true and correct copy of the March 22, 2017, letter from Aavid's counsel to CMI (excluding the three enclosed patents, which are attached as Exhibits A-C) is attached as Exhibit F. A true and correct copy of the Proof of Delivery confirming receipt of that letter by Cooler Master, dated March 23, 2017, is attached as Exhibit G.

15. Aavid received no response from Defendants following delivery of the March 2017 letters from Aavid's counsel identifying the '240 patent, the '679 patent, and the '680 patent.

16. Defendants have no right or authority to infringe any of the patents-in-suit.

17. On information and belief, Defendants have supplied and continue to supply infringing vapor chamber products covered by one or more of the patents-in-suit to third parties, including, but not limited to, Juniper.

18. On information and belief, the infringing vapor chamber products supplied by Defendants to Juniper include the product identified as part number 430-046761, shown below.



19. Part number 430-046761 includes, among other things, a finned heat sink and two spaced-apart plates bonded together to form an enclosed vapor chamber. At least two depressions or hollow columns are formed in one of the plates and bonded to the other plate, with each defining a thru-hole. Screws are received in the thru-holes and used to hold the vapor chamber in contact with a heat source, such as an integrated circuit chip, and to attach the heat sink to the opposite side of the vapor chamber. Multiple spacers are positioned throughout the vapor chamber, extending between and contacting the spaced-apart plates. In addition, a capillary wick is located on the inner surfaces of the spaced-apart plates and the depressions or hollow columns, to facilitate heat transfer.

20. The infringing vapor chambers, including part number 430-046761, embody each limitation of at least claim 11 of the ’240 patent, claims 1 and 2 of the ’679 patent, and claims 1 and 5-7 of the ’680 patent.

21. On information and belief, Defendants have sold and offered for sale and continue to sell and offer for sale within the United States vapor chamber products that infringe one or more of the patents-in-suit, including, but not limited to, part number 430-046761.

22. On information and belief, Juniper has used and continues to use within the United States vapor chamber products supplied by Defendants that infringe one or more of the patents-in-suit, including, but not limited to, part number 430-046761.

23. On information and belief, Juniper has imported and continues to import into the United States vapor chamber products supplied by Defendants that infringe one or more of the patents-in-suit, including, but not limited to, part number 430-046761.

24. On information and belief, Defendants know and intend the infringing vapor chamber products, including at least part number 430-046761, that they have

supplied and continue to supply to Juniper are imported into the United States by Juniper and used within the United States by Juniper.

## COUNT I: INFRINGEMENT OF U.S. PATENT 7,066,240

25. Aavid incorporates by reference each and every allegation set forth in paragraphs 1 through 24.

26. The ’240 patent, entitled “Integrated Circuit Heat Pipe Heat Spreader with Through Mounting Holes,” was duly and legally issued by the United States Patent and Trademark Office (“PTO”) on June 27, 2006. Aavid is the sole and exclusive owner of the ’240 patent.

27. Defendants, without authority or consent from Aavid, have sold and offered for sale, and continue to sell and offer for sale, in the United States products that infringe the ’240 patent, including but not limited to the product identified herein as part number 430-046761. Defendants have directly infringed and continue to directly infringe at least claim 11 of the ’240 patent.

28. By no later than March 23, 2017, Defendants had knowledge of the ’240 patent. On information and belief, Defendants have induced and continue to induce direct infringement of at least claim 11 of the ’240 patent by aiding and abetting direct infringement within the United States by Defendants’ customers, including but not limited to Juniper. Defendants have intentionally taken action that has actually induced and continues to induce direct infringement by customers in the United States, and Defendants have known that the acts they have been inducing and continue to induce infringe the ’240 patent. Such acts include, but are not limited to, supplying part number 430-046761 to Juniper with the knowledge and intent that such products would be used in the United States by Juniper and imported into the United States by Juniper.

29. Defendants’ infringement of the ’240 patent has caused and continues to cause damages and irreparable harm to Aavid.

**COUNT II: INFRINGEMENT OF U.S. PATENT 7,100,679**

30. Aavid incorporates by reference each and every allegation set forth in paragraphs 1 through 29.

31. The ’679 patent, entitled “Integrated Circuit Heat Pipe Heat Spreader with Through Mounting Holes,” was duly and legally issued by the PTO on September 5, 2006. Aavid is the sole and exclusive owner of the ’679 patent.

32. Defendants, without authority or consent from Aavid, have sold and offered for sale, and continue to sell and offer for sale, in the United States products that infringe the ’679 patent, including but not limited to the product identified herein as part number 430-046761. Defendants have directly infringed and continue to directly infringe at least claims 1 and 2 of the ’679 patent.

33. By no later than March 23, 2017, Defendants had knowledge of the ’679 patent. On information and belief, Defendants have induced and continue to induce direct infringement of at least claims 1 and 2 of the ’679 patent by aiding and abetting direct infringement within the United States by Defendants’ customers, including but not limited to Juniper. Defendants have intentionally taken action that has actually induced and continues to induce direct infringement by customers in the United States, and Defendants have known that the acts they have been inducing and continue to induce infringe the ’679 patent. Such acts include, but are not limited to, supplying part number 430-046761 to Juniper with the knowledge and intent that such products would be used in the United States by Juniper and imported into the United States by Juniper.

34. Defendants’ infringement of the ’679 patent has caused and continues to cause damages and irreparable harm to Aavid.

**COUNT III: INFRINGEMENT OF U.S. PATENT 7,100,680**

35. Aavid incorporates by reference each and every allegation set forth in paragraphs 1 through 34.

36. The ’680 patent, entitled “Integrated Circuit Heat Pipe Heat Spreader with Through Mounting Holes,” was duly and legally issued by the PTO on September 5, 2006. Aavid is the sole and exclusive owner of the ’680 patent.

37. Defendants, without authority or consent from Aavid, have sold and offered for sale, and continue to sell and offer for sale, in the United States products that infringe the ’680 patent, including but not limited to the product identified herein as part number 430-046761. Defendants have directly infringed and continue to directly infringe at least claims 1 and 5-7 of the ’680 patent.

38. By no later than March 23, 2017, Defendants had knowledge of the ’680 patent. On information and belief, Defendants have induced and continue to induce direct infringement of at least claims 1 and 5-7 of the ’680 patent by aiding and abetting direct infringement within the United States by Defendants’ customers, including but not limited to Juniper. Defendants have intentionally taken action that has actually induced and continues to induce direct infringement by customers in the United States, and Defendants have known that the acts they have been inducing and continue to induce infringe the ’680 patent. Such acts include, but are not limited to, supplying part number 430-046761 to Juniper with the knowledge and intent that such products would be used in the United States by Juniper and imported into the United States by Juniper.

39. Defendants’ infringement of the ’680 patent has caused and continues to cause damages and irreparable harm to Aavid.

## PRAYER FOR RELIEF

In view of the foregoing, Aavid respectfully requests that the Court enter judgment in its favor and award the following relief:

A. A judgment that Defendants are liable for infringing (directly and by inducement) the patents-in-suit;

B. A order preliminarily and permanently enjoining Defendants and their officers, directors, employees, agents, licensees, representatives, affiliates, related

companies, successors, and assigns, and any and all persons acting in privity or in concert with any of them, from further infringing upon the patents-in-suit;

C. An award of damages under 35 U.S.C. § 284 in an amount to be determined at trial, as a result of Defendants' infringement of the patents-in-suit;

D. Enhancement of damages under 35 U.S.C. § 284;

E. An award of attorneys' fees under 35 U.S.C. § 285; and

F. Any other relief as the Court deems appropriate and just under the circumstances.

## JURY DEMAND

40. Aavid requests a trial by jury on all issues so triable.

Dated: September 15, 2017 Respectfully submitted,

SINGULARITY LLP

By: /s/ *Frank L. Bernstein*

Frank L. Bernstein (SBN 189504)
fbernstein@ipsingularity.com
SINGULARITY LLP
555 Twin Dolphin Drive, Suite 610
Redwood Shores, CA 94065
Tel. 650.720.4588
Fax: 650.720.4662

MICHAEL BEST & FRIEDRICH LLP

Jonathan H. Margolies (*pro hac vice* motion to be filed)
jhmargolies@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
100 E. Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108
Tel. 414.271.6560
Fax. 414.277.0656

J. Donald Best (SBN 146849)
jdbest@michaelbest.com
Kenneth M. Albridge III (*pro hac vice* motion to be filed)
kmalbridge@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Madison, WI 53703
Tel. 608.257.3501
Fax. 608.283.2275

Attorneys for Plaintiff
AAVID THERMALLOY LLC