1  Frank L. Bernstein (SBN 189504)
       frank.bernstein@squirepb.com
2  SQUIRE PATTON BOGGS (US) LLP
3  1801 Page Mill Road, Suite 110
   Palo Alto, CA 94304
4  Tel.    650.856.6500
   Fax:    650.843.8777
5

6  Jonathan H. Margolies (*pro hac vice* motion to be filed)
       jhmargolies@michaelbest.com
7  MICHAEL BEST & FRIEDRICH LLP
   100 E. Wisconsin Avenue, Suite 3300
8  Milwaukee, WI 53202-4108
   Tel.    414.271.6560
9  Fax.    414.277.0656

10
   J. Donald Best (SBN 146984)
11     jdbest@michaelbest.com
   Kenneth M. Albridge III (*pro hac vice*)
12     kmalbridge@michaelbest.com
   Albert Bianchi, Jr. (*pro hac vice*)
13     abianchi@michaelbest.com
   MICHAEL BEST & FRIEDRICH LLP
14 One South Pinckney Street, Suite 700
   Madison, WI  53703
15 Tel.    608.257.3501
   Fax.    608.283.2275
16

17 Attorneys for Plaintiff and Counter-Claim Defendants
18 AAVID THERMALLOY LLC and
   BOYD CORPORATION
19

20                    **UNITED STATES DISTRICT COURT**
                       **NORTHERN DISTRICT OF CALIFORNIA**
21

22 | AAVID THERMALLOY LLC, | Case No.  4:17-cv-05363-JSW |
23 | Plaintiff, | **STIPULATION PROFFERING DATES AND ASSOCIATED DEADLINES REGARDING CLAIM CONSTRUCTION;** |
24 | v. | |
25 | COOLER MASTER CO., LTD. and CMI USA, INC., | **[PROPOSED] ORDER** |
26 | Defendants. | |
27

28

| | |
|---|---|
| 1 | COOLER MASTER CO., LTD., |
| 2 | Counter-Claim Plaintiff, |
| 3 | v. |
| 4 | AAVID THERMALLOY LLC and |
| 5 | BOYD CORPORATION, |
| 6 | Counter-Claim Defendants. |

Plaintiff and Counter-Claim Defendant Aavid Thermalloy LLC ("Aavid"), Counter-Claim Defendant Boyd Corporation ("Boyd"), Defendant CMI USA, Inc. ("CMI"), and Defendant and Counter-Claim Plaintiff Cooler Master Co., Ltd. ("Cooler Master") (collectively, the "parties") hereby stipulate to the following proffered fixed dates and associated deadlines regarding claim construction pursuant to Judge White's Order Denying Motion for Leave to File Motion for Reconsideration; Clarifying Previous Order; Requiring Continued Stipulated Dates (Dkt. No. 72). Aavid intends to file a Motion to Amend Infringement Contentions ("Motion")[1] after completion of the discovery ordered by this Court (ECF No. 69) ("Order").[2] Consistent with the Order and to the extent the Court prefers to conduct claim construction proceedings after the ruling on Aavid's Motion (which, if granted, may impact claim construction), the parties also propose an alternative schedule to start claim construction briefing three weeks after such ruling.

| Event | Proffered Dates & Associated Deadlines | |
|---|---|---|
| | Parties' Proposal with Fixed Dates | Parties' Alternative Proposal |
| Aavid's Opening Claim Construction Brief and Supporting Evidence ("Opening Brief") | October 11, 2018 | Three weeks after the ruling on Aavid's Motion |

---

[1] Cooler Master and CMI intend to oppose the Motion, if filed.

[2] At this time, the parties are in the meet-and-confer process to negotiate a schedule to complete the discovery under the Order in the September / October 2018 time frame.

| Event | Proffered Dates & Associated Deadlines | |
|---|---|---|
| | **Parties' Proposal with Fixed Dates** | **Parties' Alternative Proposal** |
| Cooler Master's and CMI's Responsive Claim Construction Brief and Supporting Evidence ("Response Brief") | November 1, 2018 | Three weeks after service of Opening Brief |
| Aavid's Reply Claim Construction Brief and Rebuttal Evidence ("Reply Brief") | November 15, 2018 | Two weeks after service of Response Brief |
| Amended Final Joint Claim Construction Statement ("Final Statement") | November 29, 2018 | Two weeks after service of Reply Brief |
| Patent Tutorial | January 24, 2019; January 31, 2019; February 7, 2019; or an alternative date to be set by the Court | Four weeks after service of Final Statement; or an alternative date to be set by the Court |
| Claim Construction Hearing | One week after the Patent Tutorial; or an alternative date to be set by the Court | |

By his signature below, counsel for Aavid and Boyd declares that the foregoing statements are true and correct (Civ. L.R. 6-2(a)), and attests that concurrence in the filing of this document has been obtained from counsel for Cooler Master and CMI (Civ. L.R. 5-1(i)(3)).

Dated: August 17, 2018

MICHAEL BEST & FRIEDRICH LLP

By: /s/ J. Donald Best
    J. Donald Best (SBN 146849)
      jdbest@michaelbest.com
    Kenneth M. Albridge III (*pro hac vice*)
      kmalbridge@michaelbest.com
    Albert Bianchi, Jr. (*pro hac vice*)
      abianchi@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Madison, WI 53703
Tel. 608.257.3501
Fax. 608.283.2275

Jonathan H. Margolies (*pro hac vice* motion to be filed)
    jhmargolies@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
100 E. Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108
Tel. 414.271.6560
Fax. 414.277.0656

SQUIRE PATTON BOGGS (US) LLP

  Frank L. Bernstein (SBN 189504)
    frank.bernstein@squirepb.com
  1801 Page Mill Road, Suite 110
  Palo Alto, CA 94304
  Tel.    650.856.6500
  Fax:   650.843.8777

*Attorneys for Plaintiff and Counter-Claim Defendants*
*AAVID THERMALLOY LLC and*
*BOYD CORPORATION*

| | | |
|---|---|---|
| 1 | Dated: August 17, 2018 | COOLEY LLP |
| 2 | | |
| 3 | | By: */s/* Kyle D. Chen |
| | | Reuben H. Chen (SBN 228725 |
| 4 | | rchen@cooley.com |
| | | Kyle D. Chen (SBN 239501) |
| 5 | | kyle.chen@cooley.com |
| | | COOLEY LLP |
| 6 | | 3175 Hanover Street |
| | | Palo Alto, CA  94304-1130 |
| 7 | | Tel.  650.843.5000 |
| | | Fax  650.849.7400 |
| 8 | | *Attorneys for Defendants and Counter-Claim Plaintiffs* |
| | | *COOLER MASTER CO., LTD. and* |
| 9 | | *CMI USA, INC.* |

# [~~PROPOSED~~] ORDER

Before the Court is the parties' Stipulation Proffering Dates and Associated Deadlines Regarding Claim Construction. Having considered the parties' Stipulation and proposals, AND FOR GOOD CAUSE SHOWN, the Court adopts the following schedule regarding claim construction:

| Event | Date/Deadline (Check Boxes) | |
|---|---|---|
| | | x |
| Aavid's Opening Claim Construction Brief and Supporting Evidence ("Opening Brief") | October 11, 2018 | Three weeks after the ruling on Aavid's Motion to Amend Infringement Contentions (with stipulated proposed dates) |
| Cooler Master's and CMI's Responsive Claim Construction Brief and Supporting Evidence ("Response Brief") | November 1, 2018 | Three weeks after service of Opening Brief |
| Aavid's Reply Claim Construction Brief and Rebuttal Evidence ("Reply Brief") | November 15, 2018 | Two weeks after service of Response Brief |
| Amended Final Joint Claim Construction Statement ("Final Statement") | November 29, 2018 | Two weeks after service of Reply Brief |
| Patent Tutorial | The parties shall submit proposed stipulated dates for tutorial and claims construction hearing upon submission of the opening brief. | |
| Claim Construction Hearing | | |

**IT IS SO ORDERED.**

Dated: August 21, 2018

_____
Honorable Jeffery S. White
United States District Judge

Northern District of California

Case No. 4:17-cv-05363-JSW         4         [~~PROPOSED~~] ORDER REGARDING PROFFERED DATES AND ASSOCIATED DEADLINES FOR CLAIM CONSTRUCTION