Frank L. Bernstein (SBN 189504)
    frank.bernstein@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304
Tel.   650.856.6500
Fax:   650.843.8777

Jonathan H. Margolies (*pro hac vice* motion to be filed)
    jhmargolies@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
100 E. Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108
Tel.   414.271.6560
Fax.   414.277.0656

J. Donald Best (SBN 146984)
    jdbest@michaelbest.com
Kenneth M. Albridge III (*pro hac vice*)
    kmalbridge@michaelbest.com
Albert Bianchi, Jr. (*pro hac vice*)
    abianchi@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Madison, WI  53703
Tel.   608.257.3501
Fax.   608.283.2275

Attorneys for Plaintiff and Counter-Claim Defendants
AAVID THERMALLOY LLC and
BOYD CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AAVID THERMALLOY LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>COOLER MASTER CO., LTD. and CMI USA, INC.,<br><br>  Defendants. | Case No.  4:17-cv-05363-JSW<br><br>**JOINT STIPULATION TO EXTEND THE MEDIATION DEADLINE;**<br><br>**[~~PROPOSED~~] ORDER** |

| | |
|---|---|
| 1 | COOLER MASTER CO., LTD., |
| 2 | Counter-Claim Plaintiff, |
| 3 | v. |
| 4 | AAVID THERMALLOY LLC and |
| 5 | BOYD CORPORATION, |
| 6 | Counter-Claim Defendants. |

Plaintiff and Counter-Claim Defendant Aavid Thermalloy LLC ("Aavid"), Counter-Claim Defendant Boyd Corporation ("Boyd"), Defendant CMI USA, Inc. ("CMI"), and Defendant and Counter-Claim Plaintiff Cooler Master Co., Ltd. ("Cooler Master") (collectively, the "parties") hereby stipulate to an extension of the September 30, 2018 deadline for conducting mediation pursuant to ADR L.R. 6-5.

On August 21, 2018, this Court entered an amended schedule governing claim construction that will be triggered off of a decision on an anticipated motion for leave to amend Aavid's infringement contentions ("Motion"). *See* Dkt. 76. The parties' stipulated deadlines regarding discovery pursuant to the Court's July 18 order have also been granted. *See* Dkt. 78. Given these developments and to facilitate more effective settlement discussions, as well as accommodate the parties' and the Mediator's schedules, the parties respectfully request and stipulate that the current mediation deadline of September 30, 2018 be extended and reset to require that the mediation be held no later than 120 days after a ruling on Aavid's Motion. The Mediator concurs with the parties' proposed extension of the mediation deadline.

1 | Pursuant to Civil Local Rule 5-1(i)(3), by his signature below, counsel for Aavid and
2 Boyd attests under penalty of perjury that counsel for CMI and Cooler Master concurs in the
3 filing of this document and consents to the affixing of his electronic signature on this document.

Dated: September 6, 2018                MICHAEL BEST & FRIEDRICH LLP


By: /s/  J. Donald Best
    J. Donald Best (SBN 146849)
      jdbest@michaelbest.com
    Kenneth M. Albridge III (*pro hac vice*)
      kmalbridge@michaelbest.com
    Albert Bianchi, Jr. (*pro hac vice*)
      abianchi@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Madison, WI  53703
Tel.  608.257.3501
Fax  608.283.2275

Jonathan H. Margolies (*pro hac vice* motion to be filed)
    jhmargolies@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
100 E. Wisconsin Avenue, Suite 3300
Milwaukee, WI  53202-4108
Tel.  414.271.6560
Fax  414.277.0656

SQUIRE PATTON BOGGS (US) LLP

    Frank L. Bernstein (SBN 189504)
      frank.bernstein@squirepb.com
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304
Tel.  650.856.6500
Fax  650.843.8777

*Attorneys for Plaintiff and Counter-Claim Defendants*
*AAVID THERMALLOY LLC and*
*BOYD CORPORATION*

---

Case No. 4:17-cv-05363-JSW     3     JOINT STIPULATION TO EXTEND THE MEDIATION DEADLINE

| | | |
|---|---|---|
| 1 | Dated: September 6, 2018 | COOLEY LLP |
| 2 | | |
| 3 | | By: /s/ Kyle D. Chen |
| 4 | | Reuben H. Chen (SBN 228725<br>rchen@cooley.com |
| 5 | | Kyle D. Chen (SBN 239501)<br>kyle.chen@cooley.com |
| 6 | | COOLEY LLP<br>3175 Hanover Street |
| 7 | | Palo Alto, CA  94304-1130<br>Tel.  650.843.5000 |
| 8 | | Fax  650.849.7400 |
| 9 | | *Attorneys for Defendant and Counter-Claim* |
| 10 | | *Plaintiff COOLER MASTER CO., LTD. and Defendant CMI USA, INC.* |

| Case No. 4:17-cv-05363-JSW | 4 | JOINT STIPULATION TO EXTEND THE MEDIATION DEADLINE |
|---|---|---|

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation above AND FOR GOOD CAUSE SHOWN, the current mediation deadline of September 30, 2018 is extended and reset to require that the mediation be held no later than 120 days after a ruling on Aavid's Motion. for leave to amend its infringement contentions.

**IT IS SO ORDERED**

Dated:  September 7, 2018

_____
Honorable Jeffery S. White
United States District Judge

Northern District of California